AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

VOLVO FINANCIAL SERVICES (f/k/a Volvo Commercial Finance) a division of VFS US LLC, a Delaware limited liability company

V.

COBRA LOGISTIC SERVICES, INC., an Illinois corporation

07CV 7075
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

COBRA LOGISTIC SERVICES, INC.
111 W. WASHINGTON, SUITE 1437
CHICAGO, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MAYSOUN B. IQAL
COSTON & RADEMACHER
105 W. ADAMS, SUITE 1400
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 1 7 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  12-19-07 |
| NAME OF SERVER (PRINT)  Mike Milazzo | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 111 W. Washington St 1051 Chgo, Il By serving Leon Zelechowski Reg. agent, w/m/60 yrs./5'-7"/170lbs/Grey

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**FILED**
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 9 miles | 2 att. | $75 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-28-07
Date

Signature of Server

221 N. LaSalle ST 1100
Address of Server
Chgo, Il 60601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.