# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7075 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Volvo Financial vs. Cobra Logistic | | |

**DOCKET ENTRY TEXT**

      On January 15, 2008, we ordered the parties to file a joint jurisdictional status report in accordance with the court's instructions on its web page. Plaintiff filed a jurisdictional status report, but contrary to established law relating to jurisdiction and the court's instructions, the Plaintiff failed to properly indicate the principal place of business for each party even though it must do so for the purposes of diversity subject matter jurisdiction. Although we could dismiss this action for failure to properly allege jurisdiction, we will give Plaintiff until February 11, 2008, to file a memorandum and properly allege subject matter jurisdiction. Failure to properly allege jurisdiction by the above date may result in the dismissal of the action. The status hearing for January 31, 2008, is stricken and reset to February 13, 2008 at 9:00 a.m.

*Docketing to mail notices.*

| | Courtroom Deputy Initials: | MW |
|---|---|---|

Case 1:07-cv-07075    Document 9    Filed 01/31/2008    Page 1 of 1

07C7075 Volvo Financial vs. Cobra Logistic                                                                                                    Page 1 of 1