# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VOLVO FINANCIAL SERVICES, )<br>(f/k/a Volvo Commercial Finance) )<br>a division of VFS US LLC, a Delaware )<br>limited liability company, )<br>                              )<br>        Plaintiff, )<br>                              )<br>v.                                )<br>                              )<br>COBRA LOGISTIC SERVICES, INC., )<br>an Illinois corporation, )<br>       Defendant. ) | Case No.   07-cv-07075 |

## VOLUNTARY DISMISSAL

**NOW COMES** the Plaintiff, Volvo Financial Services, (f/k/a Volvo Commercial Finance) a division of VFS US LLC, a Delaware limited liability company, by and through its attorneys, Coston & Rademacher, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(i) hereby dismisses the instant complaint.

                                                VOLVO FINANCIAL SERVICES

                              By:   /s/     Maysoun B. Iqal
                                           Maysoun B. Iqal

Patricia E. Rademacher (06205831)
Maysoun B. Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1005

**SERVICE LIST**

Cobra Logistic Services, Inc.
111 W. Washington, Suite 1437
Chicago, IL 60602

**CERTIFICATE OF MAILING**

     I, Maysoun B. Iqal, an attorney, certify that I served a copy of the above-referenced document on the person to whom it is directed, at the addresses shown above, by placing same in the U.S. Mail depository at 105 W. Adams St., Suite 1400, Chicago, IL 60603, at or before 5:00 p.m. on this 11th day of February, 2008, with proper postage prepaid.

                                                     /s/    Maysoun B. Iqal
                                                           Maysoun B. Iqal

Patricia E. Rademacher (06205831)
Maysoun B. Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1005